**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Penn Realty, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  22-3406009

**4. Debtor's address**

Principal place of business:
900 Birchfield Drive
Mount Laurel, NJ 08054
Number, Street, City, State & ZIP Code

Burlington
County

Mailing address, if different from principal place of business:

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Route 541 (Burlington-Mt. Holly Road) Mount Laurel, NJ 08054
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Penn Realty, LLC**
_____Name_____                                              Case number (if known) _____

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ☑ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor  **See Attachment** | | Relationship _____ |
    | District _____ | When _____ | Case number, if known _____ |

Debtor   **Penn Realty, LLC**　　　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

**11. Why is the case filed in this district?**   Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   Why does the property need immediate attention? (Check all that apply.)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   Where is the property?   _____
   　　　　　　　　　　　　Number, Street, City, State & ZIP Code

   Is the property insured?
   - ☐ No
   - ☐ Yes.   Insurance agency _____
   　　　　　Contact name _____
   　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  __Penn Realty, LLC__                         Case number (if known) _____
        *Name*

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/29/16__
            MM / DD / YYYY

X _____          **Peter Hovnanian**
  Signature of authorized representative of debtor    Printed name

Title  __Managing Member__

**18. Signature of attorney**

X _____          Date  __11-29-16__
  Signature of attorney for debtor                  MM / DD / YYYY

**Albert A. Ciardi III**
Printed name

**Ciardi Ciardi & Astin**
Firm name

**One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone  __215.557.3550__    Email address  __aciardi@ciardilaw.com__

**63598 PA**
Bar number and State

Document    Page 5 of 6

Debtor  **Penn Realty, LLC**
Name

Case number (if known) _____

### Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____   Chapter  **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | HovBros Burlington, LLC | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | District of NJ | When | 3/02/16 | Case number, if known | 16-13892 |
| Debtor | HovBros Fries Mill, LLC | | | Relationship to you | Affiliate |
| District | District of NJ | When | 3/02/16 | Case number, if known | 16-13893 |
| Debtor | HovBros Properties, LLC | | | Relationship to you | Affiliate |
| District | District of NJ | When | 7/20/16 | Case number, if known | 16-23930 |
| Debtor | HovBros Roesville, LLC | | | Relationship to you | Affiliate |
| District | District of NJ | When | 7/06/16 | Case number, if known | 16-23024 |
| Debtor | HovPro Investment Group, LLC | | | Relationship to you | Affiliate |
| District | District of NJ | When | 7/20/16 | Case number, if known | 16-23833 |
| Debtor | Sunrise Hovcare, L.P. | | | Relationship to you | Affiliate |
| District | District of NJ | When | 3/02/16 | Case number, if known | 16-13894 |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

*In re:*  : Chapter 11

PENN REALTY, LLC

        Debtor  : Bankruptcy No. 16-

## CORPORATE RESOLUTION AUTHORIZING FILING
## PETITION FOR REORGANIZATION OR LIQUIDATION

**WHEREAS**, Penn Realty, LLC, a New Jersey limited liability company (the "Company"), is unable to pay its debts as they mature, and it is necessary for the limited liability company to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE**, be it resolved this limited liability company is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED**, that Peter Hovnanian, Managing Member of the Company, is hereby authorized to execute the Petition and other documents and to take or cause to be taken such proceedings as may be desirable or necessary to secure this limited liability company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

PENN REALTY, LLC

Dated: November 29, 2016    By: _____
                                              Peter Hovnanian, Managing Member